# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHADWICK TATE

NO. 2024 KW 0266

**MAY 20, 2024**

---

In Re: Chadwick Tate, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-92-0660.

---

**BEFORE:  McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT